UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7696

PAUL GARNETT, JR.,

Plaintiff - Appellant,

versus

H.R. POWELL, Warden; A.P. GRIZZARD; B. RHODES;
B. CABELL; SERGEANT KNIGHT; SERGEANT HEDGE-
PETH; ALVIN HARRIS, M.D.; J.W. JILES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-99-2128)

Submitted: February 22, 2001          Decided: March 1, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Paul Garnett, Jr., Appellant Pro Se.  Christopher Garrett Hill,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
David Lawrence Arnold, ORNOFF & ARNOLD, P.C., Virginia Beach, Vir-
ginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Garnett, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Garnett v. Powell, No. CA-99-2128 (E.D. Va. Nov. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED